IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| URANIA ARCE and | : | CASE NO. |
| LEONARDO ARCE, w/h | : | |
| 260 Christiana Road, Apt B-2 | : | |
| New Castle, DE 19720 | : | |
|     Plaintiffs | : | |
| | : | |
| v. | : | |
| | : | |
| THOMAS A. FORD | : | |
| 5532 Livingston Terrace, #201 | : | |
| Oxon Hill, MD 20745 | : | |
|   and | : | |
| GREYHOUND LINES, INC. | : | |
| 427 West Sheridan | : | |
| Oklahoma City, OK 73102 | : | |
|     Defendants | : | |

### PLAINTIFFS' COMPLAINT

AND NOW, comes the plaintiffs, Urania Arce and Leonardo Arce, by and through their attorney, Thomas F. Sacchetta, Esquire, and respectfully represent as follows:

### JURISDICTIONAL STATEMENT

1.  This court has jurisdiction as the amount in controversy exceeds Seventy-five Thousand ($75,000.00) Dollars, exclusive of interest and costs, and the defendant is of diverse citizenship. Plaintiff is a citizen of the State of Delaware, and the individual defendant resides in the State of Maryland and the corporate defendant is duly authorized to do business in the State of Delaware. The subject accident, out of which this claim arises, occurred in the State of Delaware.

### PARTIES

2.  Plaintiff, Urania Arce, is an adult individual residing at 260 Christiana Road, Apt.

1

B-2, New Castle, Delaware 19720 and is a citizen of the State of Delaware.

3. Plaintiff, Leonardo Arce, is an adult individual residing at 260 Christiana Road, Apt. B-2, New Castle, Delaware 19720 and is a citizen of the State of Delaware.

4. Defendant, Thomas A. Ford, is an adult individual residing at 5532 Livingston Terrace, #201, Oxon Hill, Maryland 20745 and is a citizen of the State of Maryland.

5. Defendant, Greyhound Lines, Inc., is, upon information and belief, an incorporated business entity, unincorporated business entity, partnership or other legal entity, registered to do business in the State of Oklahoma with its registered office at 427 West Sheridan, Oklahoma City, Oklahoma 73102. Defendant regularly conducts business in the State of Delaware.

6. Defendant, Thomas A. Ford, was an employee of defendant, Greyhound Lines, Inc. and at all times relevant hereto, was acting within the course and scope of his employment with defendant, Greyhound Lines, Inc.

## VENUE

7. The facts and occurrences herein stated took place on or about December 10, 2004 at or near the intersection of Martin Luther King Blvd. and South Walnut Street, Wilmington, Delaware, thus making the U.S. District Court for the District of Delaware the proper venue.

## FACTS

8. At the aforesaid time and place, plaintiff, Urania Arce was a passenger in a vehicle being driven by plaintiff, Leonardo Arce, which was stopped at the intersection of Martin Luther King Blvd. and South Walnut Street.

9. At the aforesaid time and place, defendant, Thomas A. Ford was operating a

vehicle owned by defendant, Greyhound Lines, Inc , north on South Walnut Street.

10. At all times relevant hereto, defendant, Thomas A Ford, was acting as the agent, servant, employee or workman of defendant, Greyhound Lines, Inc., therefore, defendant, Greyhound Lines, Inc , is vicariously liable for the actions of defendant, Thomas A. Ford, under theories of *respondeat superior*

11. At the aforesaid time and place, due to the negligence, recklessness, carelessness and intentional acts of defendant, Thomas A Ford, plaintiffs' vehicle was struck in the rear by defendant's vehicle when defendant's vehicle skidded on the roadway, causing plaintiff to sustain severe personal injuries and other damages as more fully set forth herein.

12. The accident was caused by the negligence and recklessness of defendants and was in no way caused by plaintiff.

## COUNT I - NEGLIGENCE

### Plaintiff, Urania Arce v. Defendant, Thomas A. Ford

13. Plaintiff hereby incorporates all preceding paragraphs and counts by reference as though fully set forth herein at length

14. The negligence, recklessness and carelessness of defendant, Thomas A. Ford, consisted of:

    (a) Operating the vehicle at an excessive rate of speed under the circumstances;

    (b) Failing to have the vehicle under proper and adequate control;

    (c) Failing to apply the brakes in time to avoid a collision;

    (d) Negligently applying the brakes;

3

(e) Failing to operate the vehicle in accordance with existing traffic conditions and traffic controls;

(f) Failing to drive at a speed and in a manner consistent with keeping the vehicle under control;

(g) Failing to keep a reasonable lookout;

(h) Operating the vehicle in a manner not consistent with the road and weather conditions prevailing at the time;

(i) Failing to have the vehicle under proper and adequate control and failing to keep the vehicle in the proper lane of travel;

(j) Otherwise operating said vehicle in a careless, reckless and negligent manner and in a manner violating the motor vehicle code of the State of Delaware;

(k) Operating the vehicle so as to create a dangerous situation for others;

(l) Failing to observe plaintiff's vehicle on the highway;

(m) Failing to keep a reasonable look-out for other vehicles lawfully on the road;

15. As a result of the aforesaid accident, plaintiff suffered severe injuries, which include, but are not limited to, cervical and lumbar injury including sprain and strain and radiculopathy, bumps, bruises, abrasions and lacerations about the body.

16. As a result of her injuries, plaintiff has undergone in the past and will in the future continue to undergo great pain and suffering.

17. As a result of her injuries, plaintiff has suffered a permanent disability and a permanent impairment of her earning power and capacity.

4

18.  As a result of her injuries, plaintiff has suffered a permanent diminution of her ability to enjoy life and life's pleasures

19  As a result of her injuries, plaintiff has incurred reasonable and necessary medical expenses for which he is seeking reimbursement

20  As a result of her injuries, plaintiff will in the future incur medical expenses and income loss, and a claim is made therefor

WHEREFORE, plaintiff, Urania Arce, demands judgment against the defendants, jointly and severally, in an amount in excess of Seventy-five Thousand ($75,000.00) Dollars, exclusive of interest and costs

## COUNT II - NEGLIGENT ENTRUSTMENT

### Plaintiff, Urania Arce v. Defendant, Greyhound Lines, Inc.

21  Plaintiff hereby incorporates all preceding paragraphs and counts by reference as though fully set forth herein at length.

22.  Defendant, Greyhound Lines, Inc , was negligent, careless and reckless in the following regards:

(a)  it entrusted, or by and through its agents, servants, workmen and employees allowed to be entrusted, its vehicle to defendant, Thomas A. Ford, and it knew or reasonably should have known that defendant, Thomas A. Ford, was not competent to drive such vehicle; and

(b)  it allowed defendant, Thomas A. Ford, and, its agents, servants, workmen or employees to operate its vehicle, which vehicle was operated in a careless, reckless and/or negligent fashion as stated in Count I herein

WHEREFORE, plaintiff, Urania Arce, demands judgment against the defendants, jointly and severally, in an amount in excess of Seventy-five Thousand ($75,000.00) Dollars, exclusive of interest and costs

### COUNT III - LOSS OF CONSORTIUM

**Plaintiff, Leonardo Arce v. Defendants, Thomas A. Ford and Greyhound Lines, Inc.**

23. Plaintiff hereby incorporates all preceding paragraphs and counts by reference as though fully set forth herein at length

24. As a result of the aforementioned injuries, plaintiff, Leonardo Arce, has been, and may in the future be deprived of the care, companionship, consortium, and society of his wife, all of which will be to his great detriment, and claim is made therefore.

WHEREFORE, plaintiff, Urania Arce, demands judgment against the defendants, jointly and severally, in an amount in excess of Seventy-five Thousand ($75,000.00) Dollars, exclusive of interest and costs

/s/ Thomas F. Sacchetta, Esquire
THOMAS F. SACCHETTA, ESQUIRE
Sacchetta & Baldino
308 East Second Street
Media, PA 19063
(610) 891-9212
Attorney for plaintiffs

/s/ Timothy M. Rafferty, Esquire
TIMOTHY RAFFERTY, ESQUIRE
P.O. Box 609
Hockessin, DE 19707
(302) 239-2305
Attorney for plaintiffs

%JS 44 (Rev 11/04)

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974 is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)

### I. (a) PLAINTIFFS
Urania Arce and Leonard Arce, w/h

### DEFENDANTS
Thomas A. Ford and Greyhound Lines, Inc.

**(b)** County of Residence of First Listed Plaintiff: **New Castle County**
(EXCEPT IN U.S. PLAINTIFF CASES)

County of Residence of First Listed Defendant: _____
(IN U.S. PLAINTIFF CASES ONLY)
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE LAND INVOLVED

**(c)** Attorneys (Firm Name, Address, and Telephone Number): Thomas F. Sacchetta, Esq., 308 E. 2nd St., Media, PA 19063 & Timothy M. Rafferty, Esq., P.O. Box 609, Hockessin, DE 19707

Attorneys (If Known)

### II. BASIS OF JURISDICTION (Place an "X" in One Box Only)

- ☐ 1 U.S. Government Plaintiff
- ☐ 2 U.S. Government Defendant
- ☐ 3 Federal Question (U.S. Government Not a Party)
- ☒ 4 Diversity (Indicate Citizenship of Parties in Item III)

### III. CITIZENSHIP OF PRINCIPAL PARTIES (Place an "X" in One Box for Plaintiff and One Box for Defendant) (For Diversity Cases Only)

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☒ 1 | ☐ 1 | Incorporated or Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☒ 2 | Incorporated and Principal Place of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

### IV. NATURE OF SUIT (Place an "X" in One Box Only)

| CONTRACT | TORTS | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|
| ☐ 110 Insurance | PERSONAL INJURY / PERSONAL INJURY | ☐ 610 Agriculture | ☐ 422 Appeal 28 USC 158 | ☐ 400 State Reapportionment |
| ☐ 120 Marine | ☐ 310 Airplane / ☐ 362 Personal Injury – Med Malpractice | ☐ 620 Other Food & Drug | ☐ 423 Withdrawal 28 USC 157 | ☐ 410 Antitrust |
| ☐ 130 Miller Act | ☐ 315 Airplane Product Liability | ☐ 625 Drug Related Seizure of Property 21 USC 881 | | ☐ 430 Banks and Banking |
| ☐ 140 Negotiable Instrument | ☐ 320 Assault, Libel & Slander / ☐ 365 Personal Injury – Product Liability | ☐ 630 Liquor Laws | PROPERTY RIGHTS | ☐ 450 Commerce |
| ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 330 Federal Employers Liability / ☐ 368 Asbestos Personal Injury Product Liability | ☐ 640 R.R. & Truck | ☐ 820 Copyrights | ☐ 460 Deportation |
| ☐ 151 Medicare Act | ☐ 340 Marine | ☐ 650 Airline Regs. | ☐ 830 Patent | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| ☐ 152 Recovery of Defaulted Student Loans (Excl. Veterans) | ☐ 345 Marine Product Liability / PERSONAL PROPERTY / ☐ 370 Other Fraud | ☐ 660 Occupational Safety/Health | ☐ 840 Trademark | ☐ 480 Consumer Credit |
| ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☒ 350 Motor Vehicle / ☐ 371 Truth in Lending | ☐ 690 Other | | ☐ 490 Cable/Sat TV |
| ☐ 160 Stockholders' Suits | ☐ 355 Motor Vehicle Product Liability / ☐ 380 Other Personal Property Damage | LABOR | SOCIAL SECURITY | ☐ 810 Selective Service |
| ☐ 190 Other Contract | ☐ 360 Other Personal Injury / ☐ 385 Property Damage Product Liability | ☐ 710 Fair Labor Standards Act | ☐ 861 HIA (1395ff) | ☐ 850 Securities/Commodities/Exchange |
| ☐ 195 Contract Product Liability | | ☐ 720 Labor/Mgmt. Relations | ☐ 862 Black Lung (923) | ☐ 875 Customer Challenge 12 USC 3410 |
| ☐ 196 Franchise | | ☐ 730 Labor/Mgmt Reporting & Disclosure Act | ☐ 863 DIWC/DIWW (405(g)) / ☐ 864 SSID Title XVI / ☐ 865 RSI (405(g)) | ☐ 890 Other Statutory Actions / ☐ 891 Agricultural Acts |
| REAL PROPERTY | CIVIL RIGHTS / PRISONER PETITIONS | ☐ 740 Railway Labor Act | FEDERAL TAX SUITS | ☐ 892 Economic Stabilization Act |
| ☐ 210 Land Condemnation | ☐ 441 Voting / ☐ 510 Motions to Vacate Sentence | ☐ 790 Other Labor Litigation | ☐ 870 Taxes (U.S. Plaintiff or Defendant) | ☐ 893 Environmental Matters |
| ☐ 220 Foreclosure | ☐ 442 Employment / Habeas Corpus: | ☐ 791 Empl. Ret. Inc. Security Act | ☐ 871 IRS—Third Party 26 USC 7609 | ☐ 894 Energy Allocation Act |
| ☐ 230 Rent Lease & Ejectment | ☐ 443 Housing/Accommodations / ☐ 530 General | | | ☐ 895 Freedom of Information Act |
| ☐ 240 Torts to Land | ☐ 444 Welfare / ☐ 535 Death Penalty | | | ☐ 900 Appeal of Fee Determination Under Equal Access to Justice |
| ☐ 245 Tort Product Liability | ☐ 445 Amer. w/Disabilities - Employment / ☐ 540 Mandamus & Other | | | |
| ☐ 290 All Other Real Property | ☐ 446 Amer. w/Disabilities - Other / ☐ 550 Civil Rights | | | ☐ 950 Constitutionality of State Statutes |
| | ☐ 440 Other Civil Rights / ☐ 555 Prison Condition | | | |

### V. ORIGIN (Place an "X" in One Box Only)

☒ 1 Original Proceeding  ☐ 2 Removed from State Court  ☐ 3 Remanded from Appellate Court  ☐ 4 Reinstated or Reopened  ☐ 5 Transferred from another district (specify)  ☐ 6 Multidistrict Litigation  ☐ 7 Appeal to District Judge from Magistrate Judgment

### VI. CAUSE OF ACTION
Cite the U.S. Civil Statute under which you are filing (Do not cite jurisdictional statutes unless diversity): **Diversity**
Brief description of cause:

### VII. REQUESTED IN COMPLAINT:
☐ CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23
DEMAND $ **In excess of $75,000.00**
CHECK YES only if demanded in complaint:
JURY DEMAND: ☒ Yes  ☐ No

### VIII. RELATED CASE(S) IF ANY
(See instructions): JUDGE _____  DOCKET NUMBER _____

DATE _____

SIGNATURE OF ATTORNEY OF RECORD
/s/ Thomas F. Sacchetta, Esq.    /s/ Timothy M. Rafferty, Esq.

FOR OFFICE USE ONLY

RECEIPT # _____  AMOUNT _____  APPLYING IFP _____  JUDGE _____  MAG JUDGE _____

AO FORM 85 RECEIPT (REV. 9/04)

United States District Court for the District of Delaware

Civil Action No. _____06 - 746_____

# ACKNOWLEDGMENT OF RECEIPT FOR AO FORM 85

## *NOTICE OF AVAILABILITY OF A UNITED STATES MAGISTRATE JUDGE TO EXERCISE JURISDICTION*

I HEREBY ACKNOWLEDGE RECEIPT OF ____2____ COPIES OF AO FORM 85.

___12/7/06___
(Date forms issued)

___Stephen J. Zane___
(Signature of Party or their Representative)

___Stephen J. Zane___
(Printed name of Party or their Representative)

Note: Completed receipt will be filed in the Civil Action