IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| URANIA ARCE and<br>LEONARDO ARCE, w/h<br>260 Christiana Road, Apt. B-2<br>New Castle, DE 19720<br>　　　　　Plaintiffs | :<br>:<br>:<br>:<br>:<br>: | CASE NO. 06-746-SLR |
| v. | : | |
| THOMAS A. FORD<br>5532 Livingston Terrace, #201<br>Oxon Hill, MD 20745<br>　　and<br>GREYHOUND LINES, INC.<br>427 West Sheridan<br>Oklahoma City, OK 73102<br>　　　　　Defendants | :<br>:<br>:<br>:<br>:<br>:<br>:<br>: | |

### MOTION AND ORDER FOR ADMISSION PRO HAC VICE

Pursuant to Local Rule 83.5 and the attached certification, counsel moves the admission pro hac vice Thomas F. Sacchetta, Esquire to represent plaintiffs, Urania Arce and Leonardo Arce, in the above captioned matter.

Date: _____

/s/ Timothy M. Rafferty, Esquire
Timothy M. Rafferty, Esquire
P.O. Box 609
Hockessin, DE 19707
(302) 239-2305
Attorney ID No. 185
Attorney for plaintiffs

### ORDER GRANTING MOTION

IT IS HEREBY ORDERED that counsel's Motion for Pro Hac Vice is granted.

Date: _____

_____
United States District Judge

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| URANIA ARCE and<br>LEONARDO ARCE, w/h<br>260 Christiana Road, Apt. B-2<br>New Castle, DE 19720<br>　　　　　Plaintiffs<br><br>v.<br><br>THOMAS A. FORD<br>5532 Livingston Terrace, #201<br>Oxon Hill, MD 20745<br>　　and<br>GREYHOUND LINES, INC.<br>427 West Sheridan<br>Oklahoma City, OK 73102<br>　　　　　Defendants | CASE NO. 06-746-SLR |

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing of the Bar of State of Pennsylvania and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules.

　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　SACCHETTA & BALDINO


　　　　　　　　　　　By:　/s/ Thomas F. Sacchetta, Esquire
　　　　　　　　　　　　　　THOMAS F. SACCHETTA, ESQUIRE
　　　　　　　　　　　　　　Sacchetta & Baldino
　　　　　　　　　　　　　　308 East Second Street
　　　　　　　　　　　　　　Media, PA 19063
　　　　　　　　　　　　　　(610) 891-9212
　　　　　　　　　　　　　　Attorney for plaintiffs