IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT COURT OF DELAWARE

| | | |
|---|---|---|
| URANIA ARCE and LEONARD ARCE, w/h | : | CASE NO. 06-746 |
| | : | |
| Plaintiffs, | : | |
| | : | |
| THOMAS A. FORD and GREYHOUND LINES, INC. | : | |
| | : | |
| DEFENDANTS. | : | |

ENTRY OF APPEARANCE

PLEASE ENTER THE APPEARANCE of Stephen P. Casarino, Esq., of Casarino, Christman & Shalk, as attorney for defendant, Greyhound Lines, Inc. The Entry of Appearance shall not be considered to be a waiver of any jurisdictional defects in service upon the defendant. Defendant specifically reserves all rights to raise jurisdictional, or service, or statute of limitations defects which may be available, and to answer, object or otherwise plead.

CASARINO, CHRISTMAN & SHALK

/s/ Stephen P. Casarino Del. Bar #174
STEPHEN P. CASARINO
800 King Street, Suite 200
P.O. Box 1276
Wilmington, DE 19899
(302) 594-4500
Attorney for Defendant Greyhound Lines, Inc.

CERTIFICATE OF SERVICE

I, Stephen P. Casarino, hereby certify that on this 27th day of February, 2007, two true and correct copies of the attached document were served on the following individual(s) via e-filing addressed to:

Thomas F. Sacchetta, Esquire
Sacchetta & Baldino
308 East Second Street
Media, PA 19063

and

Timothy M. Rafferty, Esquire
P.O. Box 609
Hockessin, DE 19707

/s/ Stephen P. Casarino Del. Bar #174
STEPHEN P. CASARINO
800 King Street, Suite 200
P.O. Box 1276
Wilmington, DE 19899
(302) 594-4500
Attorney for Defendant Greyhound Lines, Inc.