IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT COURT OF DELAWARE

| | | |
|---|---|---|
| URANIA ARCE and LEONARD ARCE, w/h | : | CASE NO. 06-746 SLR |
| | : | |
| Plaintiffs, | : | |
| | : | |
| THOMAS A. FORD and GREYHOUND LINES, INC. | : | |
| | : | |
| DEFENDANTS. | : | |

### NOTICE OF SERVICE

I, Stephen P. Casarino, hereby state that on this 2nd day of March, 2007, I have had deposited in the mailbox at 800 King Street, Wilmington, Delaware, true and correct copies of Defendant Greyhound Lines, Inc. Interrogatories directed to the Plaintiffs addressed to the person(s) listed below:

Thomas F. Sacchetta, Esquire
Sacchetta & Baldino
308 East Second Street
Media, PA 19063

and

Timothy M. Rafferty, Esquire
P.O. Box 609
Hockessin, DE 19707

CASARINO, CHRISTMAN & SHALK

/s/ Stephen P. Casarino Del. Bar #174
STEPHEN P. CASARINO
800 King Street, Suite 200
P.O. Box 1276
Wilmington, DE 19899
(302) 594-4500
Attorney for Defendant Greyhound Lines, Inc.