IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT COURT OF DELAWARE

| | | |
|---|---|---|
| URANIA ARCE and LEONARD ARCE, w/h | : | CASE NO. 06-746 SLR |
| | : | |
| Plaintiffs, | : | |
| | : | TRIAL BY JURY DEMANDED |
| THOMAS A. FORD and GREYHOUND | : | |
| LINES, INC. | : | |
| | : | |
| DEFENDANTS. | : | |

### ANSWER TO THE COMPLAINT OF DEFENDANT GREYHOUND LINES, INC.

1.      The defendant has insufficient information to admit or deny the first sentence. The balance of the averment is admitted.

2.      Admitted.

3.      Admitted.

4.      Admitted.

5.      Admitted.

6.      Admitted.

7.      Admitted.

8.      Admitted.

9.      Admitted.

10.     It is admitted that the defendant Ford was operating the vehicle as an employee of the defendant.  The balance of the averment is denied.

11.     Denied.

12.     Denied.

## COUNT I

13.    Defendant repeats answers to paragraphs 1 through 12.

14.    Denied.

15.    Denied.

16.    Denied.

17.    Denied.

18.    Denied.

19.    Denied.

20.    Denied.

## COUNT II

21.    Defendant repeats answers to paragraphs 1 through 20.

22.    Denied.

## COUNT III

23.    Defendant repeats answers to paragraphs 1 through 22.

24.    Denied.

CASARINO, CHRISTMAN & SHALK

/s/ Stephen P. Casarino Del. Bar #174
STEPHEN P. CASARINO
800 King Street, Suite 200
P.O. Box 1276
Wilmington, DE 19899
(302) 594-4500
Attorney for Defendant Greyhound Lines, Inc.

DATED: March 2, 2007

<u>CERTIFICATE OF SERVICE</u>

I, Stephen P. Casarino, hereby certify that on this 2nd day of March , 2007, two true and correct copies of the attached document were served on the following individual(s) via e-filing addressed to:

Thomas F. Sacchetta, Esquire
Sacchetta & Baldino
308 East Second Street
Media, PA 19063

and

Timothy M. Rafferty, Esquire
P.O. Box 609
Hockessin, DE 19707

<u>/s/ Stephen P. Casarino Del. Bar #174</u>
STEPHEN P. CASARINO
800 King Street, Suite 200
P.O. Box 1276
Wilmington, DE 19899
(302) 594-4500
Attorney for Defendant Greyhound Lines, Inc.