IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT COURT OF DELAWARE

| | | |
|---|---|---|
| URANIA ARCE and LEONARD ARCE, w/h | : | CASE NO. 06-746 SLR |
| | : | |
| Plaintiffs, | : | |
| | : | TRIAL BY JURY DEMANDED |
| THOMAS A. FORD and GREYHOUND LINES, INC. | : | |
| | : | |
| DEFENDANTS. | : | |

### NOTICE OF DEPOSITION

TO:  Thomas F. Sacchetta, Esquire          Timothy M. Rafferty, Esquire
Sacchetta & Baldino                                   P.O. Box 609
308 East Second Street                              Hockessin, DE 19707
Media, PA 19063

**PLEASE TAKE NOTICE** that the undersigned attorney will take the depositions of the following individual on June 29, 2007 in the law offices of Casarino, Christman & Shalk, 800 N. King Street, Suite 200, Wilmington, Delaware:

**Plaintiff Urina Arce beginning at 1:00 p.m.**

CASARINO, CHRISTMAN & SHALK

 /s/ Stephen P. Casarino
STEPHEN P. CASARINO, ESQUIRE
I.D. No. 174
800 North King Street, Suite 200
P.O. Box 1276
Wilmington, DE 19899
(302) 594-4500
Attorney for Defendants

Dated: May 9, 2007

cc:  Hawkins Reporting Service

CERTIFICATE OF SERVICE

I, Stephen P. Casarino, hereby certify that on this 9th day of May, 2007, two true and correct copies of the attached document were served on the following individual(s) via e-filing addressed to:

Thomas F. Sacchetta, Esquire
Sacchetta & Baldino
308 East Second Street
Media, PA 19063

and

Timothy M. Rafferty, Esquire
P.O. Box 609
Hockessin, DE 19707

/s/ Stephen P. Casarino Del. Bar #174
STEPHEN P. CASARINO
800 King Street, Suite 200
P.O. Box 1276
Wilmington, DE 19899
(302) 594-4500
Attorney for Defendants