IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| URANIA ARCE and<br>LEONARDO ARCE, w/h<br>　　　　Plaintiffs<br><br>v.<br><br>THOMAS A. FORD<br>　and<br>GREYHOUND LINES, INC.<br>　　　　Defendants | :<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>: | CASE NO. 06-746 (SLR) |

**ORDER**

At Wilmington this 19th day of June, 2007, the parties have satisfied their obligations under Fed.R.Civ.P. 26(f), and the court having conducted a pretrial scheduling conference pursuant to Fed.R.Civ.P. 16 and D. Del. LR 16.2(a) and (b).

IT IS ORDERED that:

1. **Pre-Discovery Disclosures**. The plaintiff has provided defendants with early disclosure documents pursuant to Fed.R.Civ.P. 26(a)(1) on June 15, 2007. Defendants expect that they will provide plaintiffs with disclosures by July 15, 2007.

2. **Discovery**.

　　(a)　Discovery will be needed on the liability aspects of the case primarily pertaining to the day of the accident. It is also expected that discovery will be needed with regard to the damages as it pertains to the plaintiff, primarily focusing on the non-economic damages.

　　(b)　All discovery shall be commenced in time to be completed by December 15, 2007.

　　(c)　Maximum of 25 Interrogatories by each party to any other party.

　　(d)　Maximum of 25 Requests for Admission by each party to any other party.

      (e)    Maximum of 4 depositions by plaintiff and 4 by defendant[s.

      (f)    Each deposition limited to a maximum of 2 hours unless extended by agreement.

      (g)    Reports from retained experts under Rule 26(a)(2) on issues for which any party has the burden of proof due by January 15, 2008. Rebuttal expert reports due by February 15, 2008.

      (h)    **Discovery Disputes**. Any discovery dispute shall be submitted to the court pursuant to Fed.R.Civ.P. 37. During the course of discovery, each party is limited to **two (2)** Rule 37 motions. The court shall make itself available, however, to resolve through a telephone conference, disputes that arise during the course of a deposition and disputes related to entry of a protective order.

3.    **Joinder of other Parties, Amendment of Pleadings and Class Certification**. All motions to join other parties, amend the pleadings, and certify a class action shall be filed on or before July 15, 2007.

4.    **Settlement Conference**. Pursuant to 28 U.S.C. §636, this matter is referred to Magistrate Judge Thynge for the purposes of exploring ADR.

5.    **Summary Judgment Motions**. All summary judgment motions shall be served and filed with an opening brief on or before February 15, 2008. Briefing shall be pursuant to D. Del. LR 7.1.2. No summary judgment motion may be filed more than **ten (10)** days from the above date without leave of the court.

6.    **Applications by Motion**. Any application to the court shall be by written motion filed with the clerk. Unless otherwise requested by the court, counsel shall not deliver copies of papers or correspondence to chambers. **Any non-dispositive motion shall contain the**

statement required by D. Del. LR 7.1.1.

7.  **Motions in Limine.** All motions in limine shall be filed on or before one week before the pretrial conference.

8.  **Pretrial Conference.** A pretrial conference will be held on April 15, 2008 at _____ __.M. in courtroom 6B, sixth floor, Federal Building, 844 King Street, Wilmington, Delaware. The Federal Rules of Civil Procedure and D. Del. LR 16.4 shall govern the pretrial conference.

9.  **Trial.** This matter is scheduled for a three day jury trial commencing on May 15, 2008 in courtroom 6B, sixth floor Federal Building, 844 King Street, Wilmington, Delaware. For purposes of completing pretrial preparations, the parties should plan on being allocated a total number of hours in which to present their respective cases.

*SLR 6/19/07*

_____
United States District Judge