IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT COURT OF DELAWARE

| | | |
|---|---|---|
| URANIA ARCE and LEONARD ARCE, w/h | : | CASE NO. 06-746 SLR |
| | : | |
| Plaintiffs, | : | |
| | : | TRIAL BY JURY DEMANDED |
| THOMAS A. FORD and GREYHOUND LINES, INC. | : | |
| | : | |
| DEFENDANTS. | : | |

### NOTICE OF SERVICE

I, Stephen P. Casarino, hereby certify that on this 26th day of June, 2007, two true and correct copies of defendant Ford's Initial Disclosures were served on the following individual(s) U.S. Mail addressed to:

Thomas F. Sacchetta, Esquire
Sacchetta & Baldino
308 East Second Street
Media, PA 19063

Timothy M. Rafferty, Esquire
P.O. Box 609
Hockessin, DE 19707

/s/ Stephen P. Casarino Del. Bar #174
STEPHEN P. CASARINO
800 King Street, Suite 200
P.O. Box 1276
Wilmington, DE 19899
(302) 594-4500
Attorney for Defendant Thomas A. Ford