IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| URANIA ARCE and<br>LEONARDO ARCE, w/h | : | CASE NO. 06-746 SLR |
| Plaintiffs | : | TRIAL BY JURY DEMANDED |
| | : | |
| v. | : | |
| | : | |
| THOMAS A. FORD<br>and<br>GREYHOUND LINES, INC. | : | |
| Defendants | : | |

### NOTICE OF DEPOSITION

TO:  Stephen P. Casarino, Esquire
     800 King Street, Suite 200
     P.O. Box 1276
     Wilmington, DE 19899

     PLEASE TAKE NOTICE that the deposition of a representative of defendant Greyhound Lines, Inc., will be conducted at the office of Stephen P. Casarino, Esquire, 800 King Street, Suite 200, Wilmington, DE 19801, on Wednesday, September 5, 2007, at 10:00 a.m., before an officer duly authorized by law to administer oaths, and shall continue from day to day thereafter until completed; for the purpose of discovery and/or for use as evidence in this action in the event deponent is unable to attend or testify at a future date.

     You are requested to have the said witness present at the aforementioned time and place. Also, you are invited to attend and participate if you so desire.

June 29, 2007
DATED

/s/ *Thomas F. Sacchetta*
THOMAS F. SACCHETTA, ESQUIRE
Attorney I.D. No. 46834
Sacchetta & Baldino
308 E. Second Street
Media, PA 19063
(610) 891-9212
Attorney for Plaintiff

/s/ *Timothy Rafferty*
TIMOTHY RAFFERTY, ESQUIRE
7189 Lancaster Pike
Hockessin, DE 19707
(302)239-2305

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| URANIA ARCE and  LEONARDO ARCE, w/h | : : | CASE NO. 06-746 SLR |
| Plaintiffs | : : | TRIAL BY JURY DEMANDED |
| v. | : : | |
| THOMAS A. FORD  and  GREYHOUND LINES, INC. | : : : | |
| Defendants | : | |

### CERTIFICATE OF SERVICE

Thomas F. Sacchetta, Esquire, attorney for plaintiff, hereby certifies that a true and correct copy of the foregoing Notice of Deposition was electronically served by Lexis-Nexis File and via First Class Mail on June 29, 2007 on the following:

Stephen P. Casarino, Esquire
800 King Street, Suite 200
P.O. Box 1276
Wilmington, DE 19899

Timothy Rafferty, Esquire
P.O. Box 609
7189 Lancaster Pike
Hockessin, DE 19707

SACCHETTA & BALDINO

/s/ *Thomas F. Sacchetta*
THOMAS F. SACCHETTA, ESQUIRE
Attorney I.D. No. 46834
308 E. Second Street
Media, PA 19063
(610) 891-9212
Attorney for Plaintiff