IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| URANIA ARCE and LEONARD ARCE, w/h, <br><br> Plaintiffs, <br><br> v. <br><br> THOMAS A. FORD and GREYHOUND LINES, INC., <br><br> Defendants. | ) ) ) ) ) ) ) ) Civ. No. 06-746-SLR ) ) ) ) ) ) |

## ORDER

At Wilmington this 29th day of April, 2008, there having been no activity in the above-captioned case since July 6, 2007;

IT IS ORDERED that, on or before **May 30, 2008**, plaintiff shall show cause why the above-captioned action should not be dismissed for failure to prosecute. FAILURE TO TIMELY RESPOND TO THIS ORDER SHALL RESULT IN DISMISSAL OF THE ACTION.

_____
United States District Judge