## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| URANIA ARCE and LEONARD ARCE, w/h, | : |
| | : |
| Plaintiffs, | : |
| | : |
| v. | : C. A. No. 06-746-SLR |
| | : |
| THOMAS A. FORD and GREYHOUND LINES, INC., | : |
| | : |
| Defendants. | : |

## AMENDED ORDER SCHEDULING ADR TELECONFERENCE

At Wilmington this **30th** day of **April, 2008**.

IT IS ORDERED that teleconference scheduled for **May 8, 2008** at 8:30 a.m. shall take place at **8:00 a.m.**, with Magistrate Judge Thynge to discuss the scheduling of, the procedures involved, and the types of alternative dispute resolutions available, including mediation. **Plaintiff's counsel shall initiate the teleconference call to 302-573-6173.**

Local counsel are reminded of their obligations to inform out-of-state counsel of this Order. To avoid the imposition of sanctions, counsel shall advise the Court immediately of any problems regarding compliance with this Order.

/s/ Mary Pat Thynge  
UNITED STATES MAGISTRATE JUDGE