IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT COURT OF DELAWARE

| | |
|---|---|
| URANIA ARCE and LEONARD ARCE, w/h : | CASE NO. 06-746 SLR |
| Plaintiffs, : | |
| : | TRIAL BY JURY DEMANDED |
| THOMAS A. FORD and GREYHOUND : | |
| LINES, INC. : | |
| DEFENDANTS. : | |

### STIPULATION OF DISMISSAL

IT IS HEREBY STIPULATED AND AGREED by and between the undersigned, that the above captioned action shall be dismissed with prejudice.

SACCHETTA & BALDINO

_____
Thomas F. Sacchetta, Esquire
308 East Second Street
Media, PA 19063
Attorney for Plaintiff

CASARINO CHRISTMAN SHALK
RANSOM & DOSS, P.A.

_____
Stephen P. Casarino, Esquire
800 North King Street, Suite 200
P.O. Box 1276
Wilmington, DE 19899
Attorney for Defendant

Dated:

SO ORDERED: _____
Robinson, J.

